Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEM ROSALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDIVEST, INCORPORATED, a California corporation; PLAZA LA REINA, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02195-AB-PVC<br><br>Honorable Judge Andre Birotte, Jr.<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>Complaint Filed: March 10, 2021<br>Trial Date: None |

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated March 4, 2022, Doc. No. 35, Plaintiff SALEM ROSALES is lodging with the Court, as an attachment to this Notice of Lodging, its Proposed Judgment.

Dated: March 7, 2022             Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: March 7, 2022                    */s/ Thiago M. Coelho*
                                        Thiago M. Coelho