# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:21-CV-02195-AB (PVCx) | Date: March 15, 2022 |

Title: *Salem Rosales v. Indivest, Incorporated, et al.*

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| D. Rojas for Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER DISMISSING DEFENDANT INDIVEST, INCORPORATED

On March 4, 2022, the Court issued an order denying in part and granting in part Plaintiff Salem Rosales' Renewed Motion for Default Judgment. (*See* ECF No. 26.) Specifically, the Court denied Plaintiff's Renewed Motion as to Defendant Indivest, Incorporated, and granted Plaintiff's Renewed Motion as to Defendant Plaza La Reina. (*Id.*) Furthermore, the Court ordered Plaintiff to file a renewed motion for default judgment as to Defendant Indivest, Incorporated no later than March 11, 2022, otherwise, Defendant Indivest would be dismissed from the matter. (*Id.*)

As of the date of this Order, Plaintiff has not filed a renewed motion for default judgment against Defendant Indivest, Incorporated. Accordingly, the Court **DISMISSES** Defendant Indivest, Incorporated based on Plaintiff's failure to prosecute and comply with a Court Order.

**IT IS SO ORDERED.**