UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:21-CV-02195-AB (PVCx) | Date: | March 21, 2022 |
|---|---|---|---|

Title:   *Salem Rosales v. Indivest, Incorporated, et al.*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER STRICKING PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**

On March 15, 2022, the Court issued an order dismissing Defendant Indivest, Incorporated for Plaintiff's failure to prosecute and comply with the Court's March 4, 2022 Order. (*See* ECF No. 39.)

Specifically, the March 4, 2022 Order stated: "As to Defendant Indivest, Incorporated, Plaintiff may file a renewed motion for default judgment no later than **March 11, 2022**. . . If Plaintiff does not file a renewed motion by **March 11, 2022**, or files a motion that fails to address the required substantive requirements, Plaintiff's claims as to Defendant Indivest will be dismissed for failure to prosecute or failure to comply with a court order." (*See* ECF No. 36 at 15:20-16:9.) (emphasis in original).

Although Plaintiff filed a renewed motion for default judgment as to Defendant Indivest, Incorporated on March 14, 2022, this renewed motion is untimely, and thus Defendant Indivest Incorporated was dismissed. Accordingly, Plaintiff's renewed motion for default judgment against Defendant Indivest, Incorporated (ECF No. 38) is **STRICKEN**.

**IT IS SO ORDERED.**