JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEM ROSALES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INDIVEST, INCORPORATED, a California corporation; PLAZA LA REINA, a California Limited Partnership; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-02195-AB-PVC<br><br>[PROPOSED] JUDGMENT AS TO DEFENDANT PLAZA LA REINA |

[PROPOSED] ORDER FOR PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT PLAZA LA REINA

# DEFAULT JUDGMENT ORDER

This matter came before the Court on Plaintiff's application for entry of a default judgment against Plaza La Reina, under Rule 55(b)(2) of Federal Rules of Civil Procedure. The Clerk of Court entered default against Defendant for failing to respond or appear on November 22, 2021. The Court entered an Order Denying in Part and Granting in Part Plaintiff's Motion for Default Judgment against Defendants on March 4, 2022 and Judgment is entered against Defendant Plaza La Reina as follows:

1. The Court grants injunctive relief compelling Defendant Plaza La Reina to bring its website to substantial conformance with Web Content Accessibility Guidelines 2.1 ("WCAG").

2. The Court awards Plaintiff $13,471.60 (consisting of statutory damages in the amount of $4,000.00; attorneys' fees in the amount of $8,970.00; and costs in the amount of $501.60)

3. This Court shall maintain jurisdiction over this matter to enforce this Order, and to award Plaintiff Salem Rosales relief in the amount of $13,471.60, as well as such other equitable and further relief as the Court deems just and proper.

IT IS SO ORDERED AND ADJUDGED this 21ST day of March, 2022.

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE